IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

_Leslie Robinson #147096_ )
Full name and prison number )
of plaintiff(s) )
)
v. )
) CIVIL ACTION NO. _2006 DEC -7 A 9:53_
_Bob Riley, Governor; Richard_ ) (To be supplied by Clerk of
) U.S. District Court) HACKETT, CL
_Allen, Commissioner; Gwendolyn Mosley_ ) U.S. DISTRICT COURT
) MIDDLE DISTRICT ALA
_Warden; Sgt. Lawson, COI; Bobby Lingo,_ )
) _2:06CV1085-WKW_
_COI; Sidney Williams, Chairman;_ )
_William C. Segrest, Director; Sandra Hayes,_ )
_Classification; Brian Mitchell_ ) **DEMAND FOR JURY TRIAL**
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

        2.  Court (if federal court, name the district; if
            state court, name the county) _N/A_

3. Docket number _____N/A_____

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT _Easterling Corr. Fac._

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Easterling Corr Fac._ 200 Wallace Drive Clio AL 36017; State of Alabama Board of Pardons + Paroles, 301 S. Ripley St. P.O. Box 302405, Montgomery, AL 36130

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME   ADDRESS

1. Sgt. Lawson, 200 Wallace Drive, Clio AL 36017 / Bobby Lingo, 200 Wallace Drive, Clio AL 36017

2. Richard Allen, 301 S. Ripley Street, P.O. Box 302405, Montgomery, AL 36130 / Bob Riley, Alabama State Capitol, 11 S. Union Street, Montgomery, AL 36130

3. Brian Mitchell, 200 Wallace Drive, Clio AL 36017 / Gwendolyn Moseley, 200 Wallace Drive, Clio AL 36017

4. Paul Whaley, 1400 Lloyd Street, Montgomery, AL 36130 / Sandra Hayes, 200 Wallace Drive, Clio, AL 36017

5. Sidney Williams, 301 S. Ripley Street, P.O. Box 302405, Montgomery, AL 36130

6. William C. Segrest, 301 S. Ripley Street, P.O. Box 302405, Montgomery, AL 36130

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED On or about March 2006 through July 21, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Overcrowded, lack of Security, Health Hazard, Arbitrary Harassment, deprive of contracted rehabilitative crime bill SAP and punitive segregated in dorm 6A at Easterling Corr. Fac. without due process of law, in violation of Plaintiff 4th, 8th and 14th Amendment of the United States Constitution by the defendants herein acting in concert to deprive Plaintiff, and ledd to denial 2 of Plaintiff Parole and Work Release, also a deliberate indifference as other inmates are treated by defendants.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The defendants herein acted in concert to remove Plaintiff from Crime Bill SAP due to arresting officer defendant Bobby Lingo bare-bone allegation that Plaintiff was gambling with a ticket, and without any Admin. Reg. 403 hearing or a meaningful 601 investigation Plaintiff was punitively segregated in Punitive 6A Dorm, and denied proper classification placement and Parole without any meaningful due process. Loss of Crime Bill SAP, work release and Parole gave Plaintiff a created liberty interest.

GROUND TWO: Defendants Bob Riley, Richard Allen and GWENDOLYN MOSELEY forces Plaintiff and other inmates to drink foul tasting contaminated water at Easterling in violation of Plaintiff 8th and 14th Amendment of the United States const.

SUPPORTING FACTS: The defendants herein is aware that the foul tasting greasy Fim drinking water at Easterling Corr. Fac. is in fact contaminated contrary to the State and Federal Pure Water Act. Plaintiff and other inmates at Easterling Corr. Fac. is force to drink this water to sustain life thereby causing imminent danger to Plaintiff and other inmates.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seek a trial by Jury pursuant to Rule 38 Fed. R. Civ. Proc. and the 7th Amendment of the U.S. Const. Preliminary injunction and Restraining order to stop punitive treatment of Plaintiff, and Plaintiff seek Five million dollars in punitive damages, and Plaintiff seek a declaratory order to grant Plaintiff work release and Parole that was punitively denied.

_____Leslie Robinson_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __12-05-06__.
(Date)

_____Leslie Robinson_____
Signature of plaintiff(s)

4