IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

**RECEIVED**

2006 DEC -7  A 9: 53

_____A P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

_LESLIE ROBINSON #147096_
Plaintiff(s)

2:06CV1085-WKW

vs.

_BOBBY LINGO, COI, et al._
Defendant(s)

I, _Leslie Robinson #147096_, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )  NO (✔)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.

   _____

   _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment? YES ( ) NO (✔)

   B. Rent payments, interest or dividends? YES ( ) NO (✔)

   C. Pensions, annuities or life insurance payments? YES ( ) NO (✔)

   D. Gifts or inheritances? YES ( ) NO (✔)

   E. Any other sources? YES ( ) NO (✔)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

   _____

3.  Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (✓)

If the answer is YES, state the total value of the items owned.
_____*See Sheet Attached*_____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )   NO (✓)

If the answer is YES, describe the property and state its approximate value.
_____*N/A*_____
_____

5.  List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support._____*NONE*_____
_____
_____
_____


_____
                                    Signature of Affiant


STATE OF ALABAMA          )
COUNTY OF_____)


    Before me, a notary public in and for said County, in said State,

personally appeared_____, whose name is signed

to the foregoing complaint, who being first duly sworn, deposes on oath and

says:

    That the information set forth in the foregoing affidavit is true and
    correct to the best of his knowledge and belief.

_____
                                    Signature of Affiant

Sworn to and subscribed before me this _____ day of _____, 19__.


_____
                                    Notary Public

_____County, Alabama


                            O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12-5-06_____.
                    (date)

_Leslie Robinson_  147096
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _02_ on account to his credit at the _EASterling_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_____
_See attached_
_____

_M.A. Faulk, As't Clerk_
Authorized Officer of Institution

DATE _12/5/06_____

```
                    STATE OF ALABAMA
                DEPARTMENT OF CORRECTIONS
                EASTERLING CORR FACILITY

AIS #: 147096     NAME: ROBINSON, LESLIE BERNARD **     AS OF: 12/05/2006
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| DEC | 26 | $3.84 | $40.00 |
| JAN | 31 | $2.09 | $0.00 |
| FEB | 28 | $1.28 | $24.00 |
| MAR | 31 | $0.32 | $0.00 |
| APR | 30 | $14.03 | $23.00 |
| MAY | 31 | $8.44 | $20.00 |
| JUN | 30 | $1.96 | $24.00 |
| JUL | 31 | $2.94 | $30.00 |
| AUG | 31 | $2.13 | $25.00 |
| SEP | 30 | $1.91 | $25.00 |
| OCT | 31 | $0.87 | $0.00 |
| NOV | 30 | $1.52 | $20.00 |
| DEC | 5 | $0.02 | $0.00 |