IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLIE ROBINSON, #147096, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-1085-WKW |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This case is before the Court on the plaintiff's request for a restraining order contained in Plaintiff's complaint (Doc. # 1), which the court deems to be a motion for a temporary restraining order. It is ORDERED that the motion for a temporary restraining order is DENIED.

It is further ORDERED that this case is referred to the Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 8th day of December, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE