| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cornell Long* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 12/8/06 |
| 1. Article Addressed to:<br><br>William C. Segrest, Director<br>PO Box 302405<br>Montgomery, AL 36130<br><br>06cv1085 C+OP | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0005 2150 5543 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540