IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LESLIE ROBINSON, #147096
　　Plaintiff

V.   CASE NO. 2:06-CV-1085-WKW

BOB RILEY, GOVERNOR, et al.,
　　Defendants

## MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO RULE 65(a) FEDERAL RULE OF CIVIL PROCEDURE

Comes now the Plaintiff Leslie Robinson, by and through PRO/SE in the above style Civil Action moves this District Court on Motion for Preliminary Injunction Pursuant to Rule 65(a) Federal Rule of Civil Procedure, and in support Plaintiff shows the following:

Plaintiff points out to this District Court that his issue of overcrowding is in fact undisputed against the defendants herein and in direct violation of Plaintiff's 8th and 14th Amendment rights of the United States Const. to be protected from the imminent danger of overcrowding, lack of Security, Health Hazard and punitive Segregation of punitive lock down maximum Security Easterling with overcrowded dorms, poor ventilation, disease carrying rats, poison drinking

(1.)

water that defendants want drink and unfit for human consumption unbalance diet. A preliminary injunction will cause the defendants no harm as Plaintiff irreparable harm that is brought by irreparable injury to Plaintiff's unconstitutional living conditions, and a preliminary injunction will serve the public interest and stop this ongoing violation by defendants to stop the following to wit;

(1.) Immediately stop further overcrowding by bringing inmates from the county jails to an already overcrowded tripple capacity Alabama Department of Corrections with the defendants is showing a reckless disregard Plaintiff and other inmates 8th and 14th Amendments of the Constitution of the United States by acting in Concert.

(2.) STOP immediate housing of inmates at Easterling Correctional Facility with poison drinking water with greasy foul contaminated taste contrary to the State and Federal pure water act, and Easterling Correctional Facility has the highest deaths of inmates with under the disguise of other causes yet the ripple effects of overcrowdingness coupled with poison water, disease carrying rats, Spiders, and other insects in overcrowded poor ventilated dorms that Plaintiff and other inmates are locked in over 20% of each day by Defendants in punitively Maximum Security Easterling Correctional Facility under the disguise of a level IV.

(3.) STOP punitively holding minimum custody inmates behind 4 lock fences with poor trained classification staff that recklessly fail to meanfully, professionally follow AlDOC classification

(2.)

of Easterling Correctional Facility and standard opperation procedure leaving Plaintiff and other inmates the victim of a deliberate indifference in violation of Plaintiff Equal Protetion and Fundamental Fairness of the 14th Amendments of the United States Constitution.

(4.) STOP punitively locking Plaintiff and other inmates at Easterling Correctional Facility in punitively ran 6A dorm under the disguise of "Hot Dorm" which is in fact punitive Segregation Cruel and unusual punishment absent opportunity to Contest as required by Admin. REG. #403 Coupled with a 601 for ALDOC at Easterling Correctional Facility.

(5.) STOP! promoting Homosexuality at punitively ran Easterling Correctional Facility coupled with exstortion of weak young inmates especially young white inmates the victims of Crystal Meth. Other inmates who has completed Crime Bill have not advanced.

(6.) STOP defrauding the U.S. Goverment under the disguise of Pre SAP, Crime Bill, After Care which is 9+10 dorm that is being forced upon inmates and Plaintiff that may only need relapse or 8 weeks SAP but is denied opportunity to advance in the ALDOC as punishment by the Classification Staff at Easterling who run a Catchball system to get inmates for funds

(7.) STOP defendants Sharon Blakley who is unbounded a State official with a conflict of interest to intercept, censor and delay mail for defendant Moseley with an interest to stop inmates complaints against punitivel ran Easterling for ALDOC.

Date: 12/11/06.                    Respectfully Submitted:
                                   Leslie Robinson

(3.)

## VERIFICATION

I hereby verify on this 11th day of December 2006, that under penalty of perjury, the information contained herein is true and correct to the best of my knowledge and belief.

*Leslie Robinson*

## CERTIFICATE OF SERVICE

I hereby certify this 11th day of December 2006, that a true and correct coppy of the same was served on defendants Attorney postage prepaid

*Leslie Robinson*
LESLIE ROBINSON #147096
200 Wallace Drive
Clio, AL. 36017

(4.)