IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 12 A 10: 27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LESLIE ROBINSON, #147096  )
   Plaintiff,  )
     )
V.  )  Case No. 2:06-CV-1085-WKW
     )  [WO]
BOB RILEY, et, al.,  )
   Defendants.  )

MOTION FOR LEAVE TO SUBMIT
PLAINTIFF INTERROGATORIES UPON DEFENDANTS
PURSUANT TO RULES 33, 34, 35, 36 AND 37 OF THE
FEDERAL RULES OF CIVIL PROCEDURES

Comes now the Plaintiff Leslie Robinson, by and through PRO/SE in the above style Civil Action hereby moves this District Court on Motion for Leave to Submit Plaintiff Interrogatories upon Defendants pursuant to Rule 33, 34, 35, 36, and 37 of the Federal Rules of Civil Procedures, and in Support Plaintiff request the following:

(1.) Plaintiff request from defendants genuine copies of Plaintiff overcrowded, Health Hazard, Lack of Security, Number of inmates Capacity and COI officials?

Answer:

(1.)

(2.) Plaintiff request sleep deprivated officials hours worked per week?

Answer:

(3.) Plaintiff request from Defendant Riley and Allen as to why inmates at Easterling Maximum Security Prison for ALDOC is deliberately indifferented from any other facility within the ALABAMA DEPT. of Corrections with punitive Segregation dorms 5-10 with less than 10 hours per week of yard recreation time coupled with punitive Segregated 6A "HOT DORM" where many alleged infractions by Doc officials is fabricated bare-bone against inmates for punitive punishment lost of given privileges without due process and officials failing to follow Admin. REG. # 403 FOR ALDOC?

Answer:

(4.) Plaintiff request from Defendants the training status of all Easterling and Central Review Board members Classification qualifications other than High School Deplomas, GEDS., etc?

Answer:

(5.) Plaintiff request from Parole Board defendants Sidney Williams Copies of his and other Board members Bank Account statements Deposits?

Answer:

(2.)

(6.). Plaintiff request from Defendants Allen and Blakely of Defendant Blakely Bond Status and qualification to handle U.S. Government mail of the inmates at Easterling Corr Fac. ?

Answer:


(7.) Plaintiff request Genuine Copies from defendants of ALDOC Admin. REG #207, 208, 303, and 403 and Health department inspection of Easterling Corr. Fac. with testing results of drinking water and plumbing?
Answer:


(8.) Plaintiff request from defendant Sidney Williams a genuine copy of Inmates at Easterling Corr. Fac. Parole results with defendants Mosely, Mitchell, Green, Hayes, Wilson and Barrow assesments from the Fiscal year of 2004, 2005, and 2006 of said inmates and Plaintiff?

Answer:

   Plaintiff make known to defendants that requested information herein is very relevant in this Civil Action, and failure to answer in 30 days may result in a judgement of default against you pursuant to Rule 37 FED. R. CIV. PROC.
Done this 11th Day of December 2006

Respectfully Submitted,
Leslie Robinson

(3.)

## CERTIFICATE OF SERVICE

I hereby certify this 11th day of December 2006 that I have served a true and correct original copy of the same upon Defendant's Attorney and the District Court Clerks office by U.S. mail postage prepaid.

*Leslie Robinson*
Leslie Robinson, Plaintiff
200 Wallace Dr.
Clio, Al. 36017

(4.)