IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LESLIE ROBINSON, #147 096 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-1085-WKW |
| BOB RILEY, GOVERNOR, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

For good cause, it is

ORDERED that Plaintiff's Motion for Immediate Award of Attorneys Fees (Doc. No. 12) be and is hereby DENIED.

Done, this 13th day of December 2006.

　　　　　　　　　　　　　　　/s/ Wallace Capel, JR.
　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE