IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| LESLIE ROBINSON, #147 096 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-1085-WKW |
| BOB RILEY, GOVERNOR, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

On December 12, 2006 Plaintiff filed a Motion for Leave to Submit Interrogatories on Defendants. The record reflects that Defendants are under order to file a special report to include relevant affidavits, records, rules, regulations, and/or guidelines in response to the allegations presented by Plaintiff in the instant complaint. Consequently, Plaintiff's discovery request shall be denied at this time. The motion may be reconsidered if warranted by further developments in this case. Accordingly, it is

ORDERED that Plaintiff's Motion for Leave to Submit Interrogatories on Defendants (Doc. No. 13) be and is hereby DENIED.

Done, this 13th day of December 2006.

      /s/ Wallace Capel, JR.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE