| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Marv Kirk_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery 12/8/06 |
| 1. Article Addressed to:<br><br>Bobby Lingo, CO I<br>Easterling Correctional Facility<br>200 Wallace Drive<br>Clio, AL 36017<br><br>06cv1085 C+OP | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7006 0810 0005 2150 5574 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540