IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 15 A 9:45

 P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

LESLIE ROBINSON, #147096,
 Plaintiff,

V.                          CIVIL ACTION NO. 2:06-CV-1085-WKW

BOB RILEY, et al.,
 Defendants.

## MOTION TO STAY AND INTERLOCUTORY APPEAL

Comes now the Plaintiff Leslie Robinson, by and through PRO/SE in the above style Civil Action hereby move this district Court on Motion to Stay and Interlocutory Appeal to the ELEVENTH CIRCUIT COURT OF APPEALS PURSUANT to 28 USCS § 1291 from this district court's denial of Plaintiff Motion for a temporary restraining order. I contend that this Interlocutory Appeal is taken in good faith, and Plaintiff moves this district Court to Interlocutory Appeal in forma pauperis.

DONE this 13th day of December 2006.

Respectfully submitted, Leslie Robinson

## CERTIFICATE OF SERVICE

I hereby certify this 13th day of December 2006, that I have served a true and correct copy of the same upon Defendants Attorney postage prepaid.

Leslie Robinson