In The United States District Court
For the Middle District of Alabama
Northern Division

Leslie Robinson, #142096
   Plaintiff
      v.
Bob Riley, Governor, et al.,
   Defendants.

2:06-CV-1085-WKW

Plaintiff Objection to United States
Wallace Capel, JR. United States magistrate
Order issued December 13th, 2006.

Comes now the Plaintiff Leslie Robinson, by and through pro se hereby move this United States district court pursuant Article III that the Plaintiff object to the United States Chief magistrate intercepting Plaintiff Civil Action and exercising authority without Parties Consent as required pursuant to Rule 73(a) Federal Rules Civil Procedure and 28 U.S.C.S § 636 (c). See McCabe, The Federal Magistrate act of 1979, 16 Harv. J. Legis. 343, 364-79 (1979). 28 U.S.C.S § 636 (c)(1) not withstanding any provision of law to the Contrary - upon consent of the parties a magistrate may exercise jurisdiction. Plaintiff was never afforded mandatory Consent Form Process a form 34 as required to give a magistrate Jurisdiction as an adjunct to the Functional equivalent of an article III Judge. See case: 2:06-CV-1085-

(1)

WKW-CSC Doc.#:11-1 Date filed 12/13/06 page 1-4. See also Doc.#:10-1 Date filed 12/13/06 page 10 F1. Plaintiff Futher argue that he is Forced to live in imminent danger in an overcrowded, lack of security, Health hazard situation From drinking poison water, overcrowded lock down dorms with poor ventilation to many bunks less than 4-Feet of living space with not enough sinks and toilets for the tripple inmate capacity with poor over loaded plumming, top bunk locker boxes that makes it impossible to maintain and health standards, with disease carrying Rats, mice, and poisonous insects that get in locker boxes, bunks, and food. Alabama Department of corrections over crowded problem is undisputed and the defendants now bring over crowded county jail state inmates to an already over crowded capacity (A.L.D.O.C) this is no more than Robbing Peter to pay paul in direct violation of Plaintiff 8th and 14th Amendment of the United States Constitution, and surely the U.S. magistrate great legal mind can see the serious need for a preliminary injunction on defendants who refuse to Fix this dangerous situation simply because Human Comodity is big buisness for the state of Alabama Coupled with Frauding the goverment of funds under the disguise of pre-sap; Crime bill sap, and After care with punitive punishment being implemented by

(2)

Defendants that is not apart of crimebill criteria to give other inmates authority over plaintiff and other inmates to write rule violation tickets which under minds security and exstorts Plaintiff and other inmates For cé in dorms 9 and 10 to defraud the Goverment of Funds. If the district court for some unknown reason with merit choose not to exercise it's inherent power's to do justice against a Goverment the district court is not apart of, Plaintiff Leslie Robinson respectfully ask that the district court of the united States exercise it's constitutional obligation. See United States v. Gracia (1985, CA 2 NY) 255 F 2d 984, 17 Fed. Rules Evid. Serv 804. Courts has a duty to protect prisoners rights. See Hamm v. Dekalb county 774 F. 2d 1567 (11th Cir. 1985); Jones v. Diamond, 636 F. 2d 1364 (5th Cir. 1981) 89 Led 2d 894. Wherefore in light of the above it is clear that the magistrate has infact exercised Authority without jurisdiction to deny Plaintiff entitled injunction and interrogatories upon the defendants in this civil Action directed to the Article III Judge to protect plaintiff from imminent danger, 42 U.S.C.A. §1983 U.S.C.A. Const. Amend's 8,14. See Alabama V. Pugh, 328 US 781, 57 Led 2d 1114, 98 sct 3057. Plaintiff is being held in a super maximum security Facility under disguise of a level IV. Done this the 18th day of December 2006.    Leslie Robinson

(3)

## Verification

I hereby verify this 18th day of December 2006 that under penalty of perjury the information contained herein is true and correct to the best of my knowledge and belief.

*Leslie Robinson*

## Certificate of Service

I hereby certify this 18th day of December 2006 that under penalty of perjury the information true and correct was served upon the defendants Attorney by U.S. mail postage pre paid.

*Leslie Robinson*

Leslie Robinson
Easterling Correctional Facility
200 Wallace Drive
Clio, Al. 36017