IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 22 A 10:02
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LESLIE ROBINSON, 147096,
    Plaintiff

v.                                  2:06-CV-1085-WKW
                                         (WO)

BOB RILEY, GOVERNOR, et al.;
WALLACE CAPEL, JR.,
UNITED STATES MAGISTRATE JUDGE,
    Defendants.

### WRIT OF MANDAMUS

Comes now the Plaintiff Leslie Robinson, by and through PROSE in the above style Civil Action hereby move this district Court on writ of Mandamus to be directed to Wallace Capel, Jr., United States Magistrate Judge for abusing his discretion and acting without Jurisdiction to assess and make a Recommendation to Plaintiff entitled Attorney fees, Injunction and interrogatories pursuant to the Federal Rules Civil Procedure, and in violation of Plaintiff Equal Protection to the Laws.

### ISSUE FOR REVIE

WHETHER THE CHIEF UNITED STATES MAGISTRATE JUDGE WALLACE CAPEL, JR., ABUSED HIS DISCRETION BY ISSUING A RECOMMENDATION IN PLAINTIFF CIVIL ACTION WITHOUT JURISDICTION OR AUTHORITY TO DO SO BY FAILURE TO OBTAIN AUTHORIZATION AS RE-

(1)

QUIRED BY PARTIES CONSENT FORM PURSUANT TO RULE 73(a) FEDERAL RULES CIVIL PROCEDURE AND 28 USCS § 636 (c)?

Plaintiff argue that the Magistrate was without authorization or jurisdiction to exercise authority without parties consent as required by Rule 73(a) Federal Rules Civil Procedure and 28 USCS § 636 (c). See McCabe, the Federal Magistrate Act of 1979, 16 Harv. J. Legis. 364-79 (1979) 28 USCS § 636 (c)(1) Notwithstanding any provision of law to the contrary - upon consent of the parties a Magistrate may exercise jurisdiction. Plaintiff contend that he never signed a consent form to give the Magistrate authorization or jurisdiction to issue any recommendation on December 18, 2006 (Doc. #22-1).

### CONCLUSION

WHEREFORE, in light of the above it is clear that Plaintiff objection by Writ of Mandamus is due to be granted and the Magistrate unauthorized Recommendation not adopted by this district court. Done this 20th day of December 2006.

Respectfully Submitted: *Leslie Robinson*

### CERTIFICATE OF SERVICE

I hereby certify this 20th day of December 2006 that I have served a true and correct copy of the same upon defendants Attorney and U.S. Magistrate Capel by U.S. postal service postage prepaid.

*Leslie Robinson*

(2)