IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |  | |
|---|---|---|---|
| LESLIE ROBINSON, #147 096 | * | | |
| Plaintiff, | * | | |
| v. | * | | 2:06-CV-1085-WKW |
| BOB RILEY, GOVERNOR, *et al.*, | * | | |
| Defendants. | * | | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion to Stay, and for good cause, it is

ORDERED that the motion (Doc. No. 21) be and is hereby DENIED.

Done, this 4th day of January 2007.

                                                /s/ Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE