IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLIE ROBINSON          ) | |
| ) | |
|     Plaintiff,          ) | |
| ) | |
| vs.          ) | Case No.: 2:06-CV-1085-WKW (WO) |
| ) | |
| BOB RILEY, GOVERNOR, et al.          ) | |
| ) | |
| Defendants.          ) | |

**MOTION TO STAY PROCEEDINGS, OR IN THE ALTERNATIVE,
MOTION FOR EXTENSION OF TIME**

Come now the Defendants, **Bob Riley, Richard Allen, Gwendolyn Mosley, Nathaniel Lawson, Bobby Lingo, Sandra Hayes, Brian Mitchell and Paul Whaley**, by and through the undersigned counsel, and move this Honorable Court to stay the proceedings in this matter until the Plaintiff's Interlocutory Appeal with the Eleventh Circuit Court of Appeals has been resolved. In the alternative, the Defendants respectfully request an extension of time of forty (40) days, up to and to include **February 26, 2007**, to file their Answer and Special Report in this cause and for grounds states as follows:

    1.    The Defendants' Special Report in this cause is due January 16, 2007.

    2.    The Plaintiff has filed an interlocutory appeal. This matter is currently docketed with the Eleventh Circuit Court of Appeals awaiting action by the Plaintiff. The outcome of this appeal could affect these proceedings.

3. Undersigned counsel has not received all of the information necessary to file a response to Plaintiff's complaint. The Defendants' Answer and Special Report cannot be prepared without these affidavits and records. This is said Defendants first request for an extension.

4. This enlargement, or in the alternative, stay of proceedings is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff.

WHEREFORE, based on the foregoing, Defendants respectfully request an Order staying the proceedings, or in the alternative, an enlargement of time for forty (40) additional days, up to and including **February 26, 2007**, to file their Answer and Special Report.

                                                    Respectfully Submitted,

                                                    /s/ Cheairs M. Porter
                                                    Cheairs M. Porter
                                                    Assistant Attorney General
                                                    Counsel for Defendants

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 353-8811
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

      I certify that I have on this the 4th day of January, 2007, served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Leslie Robinson, #147096
Easterling Correctional Facility
200 Wallace Drive
Clio, AL  36017

                                      /s/  Cheairs M. Porter
                                      OF COUNSEL