IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LESLIE ROBINSON, #147 096                *

    Plaintiff,                                             *

       v.                                                      *        2:06-CV-1085-WKW

BOB RILEY, GOVERNOR, *et al.*,        *

    Defendants.                                        *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion to Stay, or in the alternative, Motion for Extension of Time, and for good cause, it is

ORDERED that the Motion to Stay (Doc. No. 26) be and is hereby DENIED, and the Alternative Motion for Extension of Time (Doc. No. 26) be and is hereby GRANTED. Accordingly, it is further

ORDERED that Defendants are GRANTED an extension from January 16, 2007 to February 26, 2007 to file their answer and special report.

Done, this 10th day of January 2007.

                                                /s/ Wallace Capel, Jr.
                                               WALLACE CAPEL, JR.
                                               UNITED STATES MAGISTRATE JUDGE