IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLIE ROBINSON, #147096, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-1085-WKW |
| | )              (WO) |
| BOB RILEY, GOVERNOR, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The objection filed by the petitioner on December 19, 2006 (Doc. # 23) is overruled;

(2) The recommendation of the United States Magistrate Judge entered on December 18, 2006 (Doc. # 22) is adopted;

(3) The motions for preliminary injunction filed by the plaintiff (Docs. # 1 & 11) are DENIED; and

(4) This case is referred back to the Magistrate Judge for further proceedings.

DONE this 16th day of January, 2007.

                                         /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE