IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 06-16460-I

LESLIE ROBINSON,

                              Plaintiff-Appellant,

versus

BOB RILEY, Governor,
RICHARD ALLEN, Commissioner,
GWENDOLYN MOSLEY, Warden,
SGT. LAWSON, CO 11, BOBBY LINGO,
CO 1, et al.,

                              Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before ANDERSON, DUBINA, and CARNES, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, <u>sua sponte</u>, for lack of jurisdiction. The December 8, 2006, order is not a final or immediately appealable order. 28 U.S.C. § 1291; <u>Atlantic Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc.</u>, 890 F.2d 371, 375-76 (11th Cir. 1989); <u>McDougald v. Jenson</u>, 786 F.2d 1465, 1472-73 (11th Cir. 1986); <u>Fernandez-Roque v. Smith</u>, 671 F.2d 426, 429 (11th Cir. 1982).

    No motion for reconsideration may be filed unless it complies with the timing and other

requirements of 11th Cir.R. 40-4 and all other applicable rules.

*A True Copy - Attested*
*Clerk, U.S. Court of Appeals*
*Eleventh Circuit*

*Deputy Clerk*
*Atlanta, Georgia*

2