IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LESLIE ROBINSON, AIS# 147096,
    Plaintiff,

Vs.                      Case # 2:06-cv-1085-WKW

BOB RILEY, ET AL.,
    Defendants.

### MOTION FOR ENLARGEMENT

Comes now the Defendants, Sidney T. Williams and William C. Segrest, Chairman and former Director of the Alabama Board of Pardons and Paroles, respectively, by counsel, moving for an enlargement of time to file and answer and report:

1) The Order received with this complaint was captioned Chris Deshawn Carpenter Muhammad, Plaintiff, vs. Bob Riley, et al, with the case number being 2:06-cv-1076-WKW. The Defendants filed for an extension in that case prior to realizing the Defendants, Williams nor Segrest, were named in that case.

1

2) The deadline to respond to the complaint filed by Robinson in this case (2:06-cv-1085-WkW) ran during the confusion (wrong order attached to complaint).

3) Defendants move the Court for a two-week extension of time to file the answer and report in this case.

4) The additional time is also needed to secure the necessary affidavit of William C. Segrest – retired former Executive Director of the Alabama Board of Pardons and Paroles.

5) The Plaintiff is not likely to prevail in the matter.

6) Said granting of additional time will not prejudice petitioner.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL

    GREGORY O. GRIFFIN, SR.
    CHIEF COUNSEL

    s/STEVEN M. SIRMON
    ASSISTANT ATTORNEY GENERAL
    State Bar#: ASB-5949-S61S
    Ala. Bd. Pardons and Paroles

        P.O. Box 302405
        Montgomery, Alabama 36130
        Telephone: (334) 242-8700
        Fax: (334) 353-4423
        Steve.Sirmon@alabpp.gov

## CERTIFICATE OF SERVICE

I hereby certify that on 2-13-07, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**LESLIE ROBINSON, AIS# 147096**
**EASTERLING CORRECTIONAL FACILITY**
**200 WALLACE DRIVE**
**CLIO, ALABAMA 36017**

Done this **13**[th] day of **FEBRUARY**, 2007.

        Respectfully submitted,

        s/STEVEN M. SIRMON
        ASSISTANT ATTORNEY GENERAL
        State Bar#: ASB-5949-S61S
        Ala. Bd. Pardons and Paroles
        P.O. Box 302405
        Montgomery, Alabama 36130
        Telephone: (334) 242-8700
        Fax: (334) 353-4423
        Steve.Sirmon@alabpp.gov