IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LESLIE ROBINSON, #147 096 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-1085-WKW |
| BOB RILEY, GOVERNOR, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants William and Segrest's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The motion (Doc. No. 31) be and is hereby GRANTED *nunc pro tunc*; and

2. Defendants Williams and Segrest are GRANTED an extension from January 16, 2007 to February 26, 2007 to file their answer and written report.

Done, this 14th day of February 2007.

       /s/ Wallace Capel, Jr.
      WALLACE CAPEL, JR.
      UNITED STATES MAGISTRATE JUDGE