IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LESLIE ROBINSON, # 147096,    )
            )
       Plaintiff,    )
            )
    v.    )    Case No.  2:06-cv-1085-WKW
            )
BOB RILEY, GOVERNOR, *et al.*,    )
            )
       Defendants.    )

## ORDER

On April 2, 2007, the Magistrate Judge filed a Recommendation (Doc. # 37) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that

1.    The Recommendation (Doc. # 37) is ADOPTED; and

2.    This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and failure to properly prosecute this action.

Done this 30th day of April, 2007.

        /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE