```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000313
Cashier ID: cstrecke
Transaction Date: 09/05/2007
Payer Name: EASTERLING CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: LESLIE BERNARD ROBINSON
 Case/Party: D-ALM-2-06-CV-001085-001
 Amount:        $2.80
-----------------------------------
CHECK
 Remitter: EASTERLING CORRECTIONAL FAC
 Check/Money Order Num: 2865
 Amt Tendered:  $2.80
-----------------------------------
Total Due:        $2.80
Total Tendered:   $2.80
Change Amt:       $0.00
```

DALM206CV001085-001

LESLIE BERNARD ROBINSON