```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001377
Cashier ID: cstrecke
Transaction Date: 12/04/2007
Payer Name: EASTERLING CORR FACILITY
----------------------------------
PLRA CIVIL FILING FEE
 For: LESLIE BERNARD ROBINSON
 Case/Party: D-ALM-2-06-CV-001085-001
 Amount:        $2.00
----------------------------------
CHECK
 Remitter: EASTERLING CORR FAC
 Check/Money Order Num: 3086
 Amt Tendered:  $2.00
----------------------------------
Total Due:       $2.00
Total Tendered: $2.00
Change Amt:      $0.00

DALM206CV001085-001
```