```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004921
Cashier ID: khaynes
Transaction Date: 05/01/2008
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: LESLIE BERNARD ROBINSON
 Case/Party: D-ALM-2-06-CV-001085-001
 Amount:         $4.60
------------------------------------
CHECK
 Check/Money Order Num: 3416
 Amt Tendered:   $4.60
------------------------------------
Total Due:       $4.60
Total Tendered:  $4.60
Change Amt:      $0.00
```