```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005688
Cashier ID: brobinso
Transaction Date: 07/03/2008
Payer Name: EASTERLING CORR FACILITY
--------------------------------
PLRA CIVIL FILING FEE
 For: LESLIE ROBINSON
 Case/Party: D-ALM-2-06-CV-001085-001
 Amount:         $5.00
--------------------------------
CHECK
 Check/Money Order Num: 3569
 Amt Tendered: $5.00
--------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```