```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005962
Cashier ID: khaynes
Transaction Date: 08/01/2008
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: LESLIE ROBINSON
 Case/Party: D-ALM-2-06-CV-001085-001
 Amount:         $5.00
------------------------------------
CHECK
 Check/Money Order Num: 3629
 Amt Tendered:   $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00
```